(No. 1580— ▇▇▇▇▇▇▇)

KUBEC ELECTRIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

KUBEC ELECTRIC COMPANY, pro se.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Claimant asks an award of $296.40 for electrical fixtures sold and delivered to the Kankakee State Hospital. The authorities of the hospital admit the goods were received and have not been paid for. Claimant is therefore awarded the sum of $296.40.